## Kelley *v.* Woodward.

Whether a verdict is against the evidence is a question of fact, to be decided at the trial term.

Trespass.    The defendant excepted to the refusal of the judge at the trial term to set aside a verdict for the plaintiff, as being against the evidence.

*Copeland* and *Eaton* (of Maine), for the plaintiff.

*Hastings, F. Hobbs*, and *Eastman*, for the defendant.

Foster, J.    The question whether a verdict is contrary to the evidence is a question of fact, to be decided by the judge presiding at the trial.    *Fuller* v. *Bailey, ante*, p. 71 ; *Lefavor* v. *Smith, ante*, p. 125 ; *Hill* v. *New Haven*, 37 Vt. 501, 512 ; *Clark* v. *Congregational Society*, 45 N. H. 333, 334.

*Exception overruled.*

Allen, J., did not sit.